# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re: Heidi and Randy Hurley,<br>Debtors. | Chapter 13<br>Case No. 22-10782-CJF |

## APPLICATION FOR COMPENSATION OF ATTORNEY'S FEES

Debt Advisors, S.C. ("Counsel") for the Debtors, Heidi and Randy Hurley, make this Application for Fees and Costs pursuant to Bankruptcy Rule 2016 and 11 U.S.C. §330. Counsel hereby requests that the Court grant this application to receive fees in due course from the bankruptcy estate administered by the Chapter 13 Trustee.

Debtors, through Counsel, filed this Chapter 13 case on May 16, 2022. The Plan was confirmed on August 15, 2022. Prior to filing the petition, Debtors agreed that $4,000.00 would be paid to Counsel, with $207.00 paid to Counsel prior to filing the case and the remaining balance of $3,793.00 through the plan for pre-filing advice, petition and schedule preparation, and representation at the Section 341 meeting of creditors. All other legal services were to be billed at $350.00 per hour for services rendered by the Firm's Attorneys and $150.00 per hour for services rendered by the Firm's paralegals and assistants. Additionally, all costs are to be paid by the Debtors. Costs are assessed at the actual amounts advanced by Counsel.

Counsel has fully performed pursuant to the terms of the fee agreement, having provided not only those services specified in the fee agreement, but also services far and beyond those specified, addressing various proceedings throughout the case as they arose. Counsel's request includes, but is not limited to, payment for services such as moving the case successfully to confirmation, filing an Amended Chapter 13 Plan, resolving an Objection to Confirmation filed

by creditor Chase Bank, resolving a Motion to Dismiss filed by the Chapter 13 Trustee, working to resolve a total loss insurance claim for one of the Debtors' vehicles, filing an Objection to the Claim filed by JP Morgan Chase, filing a Motion to Suspend Payments, and filing two Modified Chapter 13 Plans; as well as significant bankruptcy planning and correspondence with the Debtors. All services provided are itemized on Counsel's statement for services rendered, which is attached hereto and made part hereof as Exhibit 1. The services provided were necessary and beneficial toward the completion of the case and were performed in a reasonable and customary manner.

Counsel's total bill for services rendered to date, including attorney fees and expenses total $9,700.00 which, less the $207.00 paid by the Debtor to Counsel prior to filing, leaves a balance due of $9,493.00. $4,293.00 of this has been paid through the Plan to date, leaving a remaining balance due of $5,200.00. Counsel has further agreed to reduce its fees by an additional $1,365.00.  Counsel seeks Court approval for payment from the Chapter 13 Trustee of the remaining $3,835.00.

The following is a list of all attorneys, professionals, and paraprofessionals performing services, their experience, length of professional practice and billing rate:

I. Chad L. Schomburg, Esq. (CLS) – Mr. Schomburg is co-owner of Debt Advisors, S.C. whose practice focuses on bankruptcy law. Mr. Schomburg is admitted to practice in the State Courts of Wisconsin as well as the Eastern and Western Federal District Courts of Wisconsin. His billing rate is $350.00 per hour.

II. Jeremy J. Geisel, Esq. (JJG) – Mr. Geisel is an attorney whose practice focuses on bankruptcy and consumer litigation. Mr. Geisel received his law degree from Marquette University Law School in 2007, his MBA from Marquette University

        in 2010, and his undergraduate degree from Marquette University in 2003. His billing rate is $350.00 per hour. Mr. Geisel is admitted to practice in the State Courts of Wisconsin as well as the Eastern and Western District Courts of Wisconsin.

III. Janice Nabke, Esq. (JLN) – Ms. Nabke is an attorney whose practice focuses on Chapter 7 and Chapter 13 bankruptcy. She graduated with her law degree from the University of Wisconsin Law School in 2003. Her billing rate is $350.00 per hour. Ms. Nabke is admitted to practice in both the Eastern and Western Districts of Wisconsin.

IV. Katie M. Greenwood (KMG) – Ms. Greenwood is a paralegal at Debt Advisors, S.C. with over 7 years of experience. Her billing rate is $150.00 per hour. Ms. Greenwood regularly assists attorneys with preparing documents, file preparation and contact with persons relevant to the cases.

V. Julie A. Georg (JAG) – Mrs. Georg is a legal assistant with over 9 years of experience at Debt Advisors, S.C. Her billing rate is $150.00 per hour. Mrs. Georg assists with preparing documents for clients, and regularly communicates with persons relevant to the cases.

VI. Angel Quiroz (AQ) – Mr. Quiroz is a former paralegal with 2 1/2 years of experience at Debt Advisors, S.C. His billing rate was $150.00 per hour. Mr. Quiroz received his Bachelor's Degree in Criminal Justice from the University of Wisconsin Milwaukee. Mr. Quiroz had 5 1/2 years of prior experience working as a paralegal with Kohn Law Firm, S.C. and Bruck Law Offices, S.C prior to

        joining Debt Advisors. Mr. Quiroz regularly assisted attorneys with documentation and contact with persons relevant to the cases.

  VII.    Dulce Ramos (DMR) – Ms. Ramos is a former legal assistant with Debt Advisors S.C. Her billing rate was $150.00 per hour. Ms. Ramos gained valuable experience in mortgage litigation and collection law from her prior employment with two major creditor law firms in Wisconsin. She routinely prepareed legal documents, and assisted the Firm's Chapter 13 clients as needed.

  VIII.    Trinity Perry-Harris (TPH) – Ms. Harris is a former legal assistant with Debt Advisors, S.C. Her billing rate was $150.00 per hour. Ms. Harris had prior experience in the legal profession, and worked for a reputable personal injury firm in the Milwaukee area prior to joining Debt Advisors.

  IX.    Jennifer R. Doers (JRD) – Ms. Doers is a former legal assistant at Debt Advisors, S.C. Her billing rate was $150.00 per hour.

Counsel believes that interim compensation will not create an undue hardship on any party, since payments can be made in the usual course of the Chapter 13 plan. The plan appears feasible to absorb the new claim.

    WHEREFORE, Counsel moves the Court for an Order approving the attorney's fees and expenses in the amount of $9,700.00, $3,835.00 of which remains due as of the date of filing this Application. Counsel requests that the remaining fees are approved and paid through the Plan. Further, Counsel requests this amount to be paid as an administrative claim by the Chapter 13 Trustee pursuant to 11 U.S.C. §§330(a), 503(b), and 1326.

Respectfully submitted this 24th day of March, 2025.

**DEBT ADVISORS, S.C**

/s/Chad L. Schomburg
Chad L. Schomburg, #1036431

Debt Advisors, S.C.
2600 N. Mayfair Rd. Suite 700
Milwaukee, WI 53226
Phone: 414-755-2400
Fax: 414-257-0172