Hurley 22-10782-CJF

Timekeeper Summary –

| Timekeeper | Rate | Hours | Total |
|---|---|---|---|
| JJG | $350.00 | 17.8 | $6,230.00 |
| JLN | $350.00 | 4.4 | $1,540.00 |
| CLS | $350.00 | 4.4 | $1,540.00 |
| KMG | $150.00 | 0.4 | $60.00 |
| JRD | $150.00 | 1.3 | $195.00 |
| AQ | $150.00 | 0.9 | $135.00 |
| Unbilled | $350.00 | 3.3 | $0.00 |
| Unbilled | $150.00 | 2.7 | $0.00 |