Debt Advisors, S.C.
2600 N Mayfair Rd.
Suite 700
Milwaukee, WI 53226

Date: 3/23/2025
Client: Heidi & Randy Hurley
Attorney:  Chad Schomburg, Jeremy Geisel

Attorney's Fees/Hour:	$350.00
Staff Fees/Hour:	$150.00

|  |  | **For Professional Services Rendered** |  |  |  |
|---|---|---|---|---|---|
|  | **Staff** | **Description** | **Hours** | **Charges** | **Total** |
| 2/28/2022 | CLS | Attorney Schomburg met with Clients for initial consultation and to discuss bankruptcy options. | 0.5 | $350.00 | NO CHARGE |
| 3/10/2022 | CLS | Attorney Schomburg met with the Clients to retain | 0.3 | $350.00 | $105.00 |
| 3/10/2022 | CLS | Attorney Schomburg calculated estimated Chapter 13 plan payments | 0.3 | $350.00 | $105.00 |
| 3/10/2022 | CLS | Attorney Schomburg opened Clients' file, and entered notes in Clients' file. | 0.2 | $350.00 | $70.00 |
| 3/10/2022 | CLS | Attorney Schomburg transferred the file to Assistant to prepare draft Petition and Schedules | 0.2 | $350.00 | $70.00 |
| 3/14/2022 | CLS | Attorney Schomburg exchanged emails with the Clients regarding their mortgage payments | 0.2 | $350.00 | $70.00 |
| 3/17/2022 | JRD | Assistant prepared the draft Petition and Schedules | 1 | $150.00 | $150.00 |
| 3/17/2022 | JRD | Assistant mailed the draft paperwork to the Clients to review | 0.2 | $150.00 | NO CHARGE |
| 3/30/2022 | CLS | Attorney Schomburg reviewed the revised paperwork, and documents, received from the Clients | 0.1 | $350.00 | $35.00 |
| 3/30/2022 | CLS | Attorney Schomburg transferred the file to Attorney Nabke to prepare final paperwork | 0.2 | $350.00 | $70.00 |
| 3/31/2022 | JLN | Attorney Nabke reviewed the Clients' tax returns - including business schedules and attachments - to calculate income for the means test | 0.5 | $350.00 | $175.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/31/2022 | JLN | Attorney Nabke and Attorney Geisel met to review presentation of income given the multiple business interests | 0.3 | $350.00 | $105.00 |
| 3/31/2022 | JLN | Attorney Nabke reviewed and updated the Clients' schedules, Statement of Financial Affairs and Chapter 13 Means Test | 1.4 | $350.00 | $490.00 |
| 3/31/2022 | JLN | Attorney Nabke made a detailed note to the filing attorney | 0.2 | $350.00 | $70.00 |
| 3/31/2022 | JLN | Attorney Nabke emailed the Clients for business balance sheets, share ownership information, and profit and loss statements for each business | 0.2 | $350.00 | $70.00 |
| 4/5/2022 | JLN | Attorney Nabke had a phone call with the Clients to discuss business income, and documents needed to prepare final schedules | 0.3 | $350.00 | $105.00 |
| 4/6/2022 | JLN | Attorney Nabke reviewed the K1 tax schedules, and business expense information, for each corporation provided by the Clients | 0.7 | $350.00 | $245.00 |
| 4/6/2022 | JLN | Attorney Nabke exchanged emails with the Client about additional business information needed | 0.2 | $350.00 | $70.00 |
| 4/11/2022 | CLS | Attorney Schomburg had a phone call with the Clients regarding 2021 taxes owed | 0.2 | $350.00 | $70.00 |
| 4/11/2022 | JLN | Attorney Nabke exchanged emails with the Client regarding additional business income needed from the Clients | 0.2 | $350.00 | $70.00 |
| 4/14/2022 | JLN | Attorney Nabke exchanged emails with the Client regarding the additional tax documents for the businesses | 0.1 | $350.00 | $35.00 |
| 4/14/2022 | CLS | Attorney Schomburg received the additional business income information, and 2021 taxes from the Clients; forwarded to Attorney Nabke to review | 0.1 | $350.00 | NO CHARGE |
| 4/18/2022 | AQ | Assistant received a voicemail from the Clients regarding the 2021 taxes; forwarded note to Attorney Schomburg to follow up | 0.1 | $150.00 | NO CHARGE |
| 4/22/2022 | CLS | Attorney Schomburg called the Client to verify receipt of documents | 0.1 | $350.00 | NO CHARGE |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/2/2022 | JLN | Attorney Nabke reviewed the file to determine the documents still needed to prepare final schedules | 0.2 | $350.00 | $70.00 |
| 5/2/2022 | JLN | Attorney Nabke reviewed and responded to Clients' email to provide an update on the case, and request the remaining documents needed to prepare final schedules | 0.1 | $350.00 | $35.00 |
| 5/3/2022 | JRD | Assistant received a call from a creditor and verified Clients had retained | 0.1 | $150.00 | NO CHARGE |
| 5/10/2022 | CLS | Attorney Schomburg emailed Clients the Petition and Schedules to review in advance of the signing appointment | 0.2 | $350.00 | $70.00 |
| 5/10/2022 | CLS | Attorney Schomburg reviewed the file, and calculated estimated plan payments | 0.3 | $350.00 | $105.00 |
| 5/12/2022 | CLS | Attorney Schomburg met with the Clients to review and sign the Petition and Schedules | 0.3 | $350.00 | $105.00 |
| 5/16/2022 | CLS | Attorney Schomburg prepared Chapter 13 Plan | 0.6 | $350.00 | $210.00 |
| 5/16/2022 | JRD | Assistant received a call from the Clients regarding funds taken from their US Bank Account; forwarded note to Attorney Schomburg | 0.2 | $150.00 | NO CHARGE |
| 5/16/2022 | CLS | Attorney Schomburg filed the Petition, Schedules & Chapter 13 Plan with the Court | 0.2 | $350.00 | $70.00 |
| 5/16/2022 | CLS | Attorney Schomburg prepared Pay Advice Cover Sheet, and filed that along with pay advices with the Court | 0.2 | $350.00 | $70.00 |
| 5/16/2022 | CLS | Attorney Schomburg filed the Credit Counseling Certificates with the Court | 0.2 | $350.00 | NO CHARGE |
| 5/16/2022 | CLS | Attorney Schomburg reviewed the 341 Hearing Noticed; noted file | 0.1 | $350.00 | $35.00 |
| 5/16/2022 | JJG | Attorney Geisel emailed the Trustee's Office (TT) requesting that they issue a direct wage order to avoid issues with Clients' employer | 0.1 | $350.00 | $35.00 |
| 5/16/2022 | CLS | Attorney Schomburg called the Clients to discuss recovery of funds taken by US Bank | 0.2 | $350.00 | $70.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/16/2022 | CLS | Attorney Schomburg emailed payment information to the Clients with instructions to set up their first payment | 0.1 | $350.00 | $35.00 |
| 5/16/2022 | JRD | Assistant emailed US Bank to attempt to recover funds | 0.2 | $150.00 | NO CHARGE |
| 5/16/2022 | JAG | Assistant emailed the required documents to the TT in advance of the Meeting of Creditors | 0.2 | $150.00 | NO CHARGE |
| 5/17/2022 | JJG | Attorney Geisel reviewed and responded to an email from the TT's Office regarding the payroll order | 0.1 | $350.00 | $35.00 |
| 5/19/2022 | JJG | Attorney Geisel exchanged emails with the TT's Office regarding the wage order and business questionnaire | 0.1 | $350.00 | $35.00 |
| 5/23/2022 | JRD | Assistant mailed a 341 reminder letter to the Clients | 0.2 | $150.00 | $30.00 |
| 5/24/2022 | JRD | Assistant mailed correspondence from Chase Bank to the Clients, regarding their mortgage | 0.2 | $150.00 | NO CHARGE |
| 5/31/2022 | JRD | Assistant mailed correspondence from Chase Bank to the Clients, regarding their mortgage | 0.2 | $150.00 | NO CHARGE |
| 6/1/2022 | JRD | Assistant emailed a reminder to the Clients about their 341 Hearing | 0.1 | $150.00 | $15.00 |
| 6/2/2022 | AQ | Assistant emailed the Clients' tax returns to the IRS Insolvency department to avoid non-filing issues | 0.2 | $150.00 | $30.00 |
| 6/2/2022 | AQ | Assistant emailed the Clients' tax returns to the WI Dept. of Revenue to avoid non-filing issues | 0.2 | $150.00 | $30.00 |
| 6/9/2022 | JJG | Attorney Geisel emailed 341 hearing instructions and businesses questionnaires to the Clients to complete | 0.2 | $350.00 | $70.00 |
| 6/14/2022 | JAG | Assistant filed the Clients' Debtor Education Certificates with the Court | 0.2 | $150.00 | NO CHARGE |
| 6/14/2022 | CLS | Attorney Schomburg called the Clients to prepare them for their 341 Hearing | 0.2 | $350.00 | $70.00 |
| 6/14/2022 | JJG | Attorney Geisel reviewed the claims filed, and plan feasibility | 0.3 | $350.00 | $105.00 |
| 6/15/2022 | JJG | Attorney Geisel reviewed the completed Business Questionnaire from the Clients | 0.2 | $350.00 | $70.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/15/2022 | JJG | Attorney Geisel emailed the Clients' completed business questionnaire to the TT | 0.1 | $350.00 | NO CHARGE |
| 6/15/2022 | JJG | Attorney Schomburg attended the 341 Meeting of Creditors with the Clients | 0.5 | $350.00 | $175.00 |
| 6/22/2022 | CLS | Attorney Schomburg exchanged emails with the Clients regarding the Objection to Confirmation filed by Chase | 0.2 | $350.00 | $70.00 |
| 6/22/2022 | JJG | Attorney Geisel reviewed the Court's Notice of Hearing; noted file | 0.1 | $350.00 | $35.00 |
| 6/23/2022 | AQ | Assistant emailed the list of creditors to the Clients to review for any missing creditors | 0.2 | $150.00 | $30.00 |
| 6/23/2022 | JJG | Attorney Geisel reviewed the Objections to Confirmation filed by the TT and Chase Bank | 0.2 | $350.00 | $70.00 |
| 6/24/2022 | JJG | Attorney Geisel exchanged emails with the Clients regarding the Objection filed by Chase and their mortgage payment history | 0.4 | $350.00 | $140.00 |
| 6/27/2022 | AQ | Assistant exchanged emails with Clients regarding the creditors included in the bankruptcy | 0.3 | $150.00 | $45.00 |
| 7/19/2022 | JJG | Attorney Geisel reviewed the mortgage Proof of Claim, and attachments, filed by Chase Bank, and the mortgage payment history provided by the Clients | 0.4 | $350.00 | $140.00 |
| 7/19/2022 | JJG | Attorney Geisel called the Clients, and left a voicemail | 0.1 | $350.00 | $35.00 |
| 7/20/2022 | JJG | Attorney Geisel had a phone call with the Clients to discuss the mortgage claim filed by Chase, and to review their escrow analysis | 0.3 | $350.00 | $105.00 |
| 7/21/2022 | JJG | Attorney Geisel filed an Amended Chapter 13 Plan (MMP) | 0.7 | $350.00 | $245.00 |
| 7/21/2022 | JJG | Attorney Geisel exchanged emails with Attorney Michael Acevedo requesting he withdraw Chase Bank's Obj. | 0.2 | $350.00 | $70.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/21/2022 | JJG | Attorney Geisel reviewed the Withdrawal of Chase Bank's Obj. to Conf. | 0.1 | $350.00 | $35.00 |
| 7/25/2022 | JJG | Attorney Geisel reviewed the TT's Recommendation of the Amended Plan filed on July 21, 2022 | 0.1 | $350.00 | $35.00 |
| 7/25/2022 | JJG | Attorney Geisel reviewed the Proposed Order Confirming Plan filed by the TT | 0.1 | $350.00 | $35.00 |
| 7/26/2022 | JJG | Attorney Geisel reviewed the Court's Notice of Hearing Cancellation; noted file | 0.1 | $350.00 | $35.00 |
| 7/26/2022 | JJG | Attorney Geisel reviewed plan feasibility in light of the claims bar date running, and reviewed claims filed | 0.5 | $350.00 | $175.00 |
| 7/26/2022 | JJG | Attorney Geisel called the Clients to discuss plan feasibility, and their case generally | 0.3 | $350.00 | $105.00 |
| 8/15/2022 | JJG | Attorney Geisel reviewed the Order Confirming Plan | 0.1 | $350.00 | $35.00 |
| 8/24/2022 | JJG | Attorney Geisel exchanged emails with the Clients regarding the claims filed in their case | 0.2 | $350.00 | $70.00 |
| 3/23/2023 | JJG | Attorney Geisel reviewed the Notice of Mortgage Payment Change (NMPC) filed by Chase Bank | 0.2 | $350.00 | $70.00 |
| 3/30/2023 | JRD | Assistant mailed NMPC to the Clients to review | 0.2 | $150.00 | NO CHARGE |
| 5/17/2023 | CLS | Attorney Schomburg exchanged emails with the Clients regarding a total loss accident involving their vehicle | 0.1 | $350.00 | $35.00 |
| 5/18/2023 | JJG | Attorney Geisel reviewed the file, and the remaining balance owed on the car claims | 0.2 | $350.00 | $70.00 |
| 5/18/2023 | JJG | Attorney Geisel called the Clients and left a voicemail regarding the insurance claim and the payoff on the vehicles | 0.1 | $350.00 | $35.00 |
| 5/18/2023 | JJG | Attorney Geisel reviewed an email from the TT with direction to pay letter regarding the pending insurance claim | 0.1 | $350.00 | $35.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/18/2023 | JJG | Attorney Geisel had a phone call with the Clients to discuss the pending insurance claim, and estimated total loss payout | 0.3 | $350.00 | $105.00 |
| 6/26/2023 | JJG | Attorney Geisel reviewed an email from the TT's Office requesting an update on the insurance claim and car claim on file | 0.1 | $350.00 | $35.00 |
| 6/27/2023 | JJG | Attorney Geisel emailed JP Morgan Chase to request they either withdraw or amend their claim | 0.2 | $350.00 | $70.00 |
| 6/27/2023 | JJG | Attorney Geisel emailed the TT to update them on the status of the claim issue | 0.1 | $350.00 | $35.00 |
| 6/29/2023 | JJG | Attorney Geisel exchanged emails with a contact at JP Morgan Chase regarding their claim | 0.1 | $350.00 | $35.00 |
| 7/6/2023 | JJG | Attorney Geisel exchanged emails with a contact at JP Morgan Chase regarding their claim | 0.1 | $350.00 | $35.00 |
| 7/6/2023 | JJG | Attorney Geisel emailed the TT's Office with an update on the claim issue | 0.1 | $350.00 | $35.00 |
| 8/1/2023 | JJG | Attorney Geisel emailed JP Morgan Chase Bank requesting an update on the status of their claim | 0.1 | $350.00 | $35.00 |
| 8/3/2023 | JJG | Attorney Geisel received an email from JP Morgan Chase Bank advising they would not amend the claim | 0.1 | $350.00 | $35.00 |
| 8/3/2023 | JJG | Attorney Geisel emailed the TT to update them on the status of the claim issue | 0.1 | $350.00 | $35.00 |
| 8/14/2023 | JJG | Attorney Geisel exchanged emails with JP Morgan Chase Bank regarding their claim | 0.1 | $350.00 | $35.00 |
| 8/31/2023 | JJG | Attorney Geisel received and responded to an email from the TT regarding the status of the claim objection | 0.1 | $350.00 | NO CHARGE |
| 8/31/2023 | JJG | Attorney Geisel prepared and filed an Objection to the Claim filed by JP Morgan Chase | 0.6 | $350.00 | $210.00 |
| 8/31/2023 | DMR | Assistant served notice of the Objection on Chase | 0.2 | $150.00 | NO CHARGE |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/9/2023 | JRD | Assistant forwarded correspondence from Chase Bank regarding the Clients' mortgage to the Clients | 0.2 | $150.00 | NO CHARGE |
| 10/23/2023 | JJG | Attorney Geisel prepared and filed a Proposed Order Disallowing Claim | 0.3 | $350.00 | $105.00 |
| 10/26/2023 | JJG | Attorney Geisel reviewed the Court's Order Disallowing Claim | 0.1 | $350.00 | $35.00 |
| 12/7/2023 | JJG | Attorney Geisel reviewed an email from the Client regarding a reduction in income | 0.1 | $350.00 | $35.00 |
| 12/8/2023 | JJG | Attorney Geisel reviewed the case and plan payments | 0.2 | $350.00 | $70.00 |
| 12/8/2023 | JJG | Attorney Geisel called the Client to discuss the reduction in income, and plan next steps | 0.2 | $350.00 | $70.00 |
| 1/11/2024 | JJG | Attorney Geisel had a follow up phone call with the Clients regarding the reduction in income | 0.2 | $350.00 | $70.00 |
| 1/11/2024 | JJG | Attorney Geisel emailed the TT's Office to provide an update, and a proposed plan to cure the existing arrears | 0.2 | $350.00 | $70.00 |
| 1/12/2024 | JJG | Attorney Geisel exchanged emails with the TT | 0.1 | $350.00 | NO CHARGE |
| 1/16/2024 | JJG | Attorney Geisel reviewed the plan and feasibility prior to the call with the Clients | 0.3 | $350.00 | $105.00 |
| 1/16/2024 | JJG | Attorney Geisel reviewed an email along with budget information provided by the Clients | 0.2 | $350.00 | $70.00 |
| 1/16/2024 | JJG | Attorney Geisel had a phone call with the Clients to discuss increasing payments to cure the existing arrears | 0.4 | $350.00 | $140.00 |
| 2/13/2024 | JJG | Attorney Geisel reviewed an email from the TT's Office regarding the plan delinquency | 0.1 | $350.00 | NO CHARGE |
| 2/15/2024 | JJG | Attorney Geisel prepared and filed a Modified Plan to cure the plan delinquency | 0.8 | $350.00 | $280.00 |
| 2/15/2024 | JJG | Attorney Geisel reviewed the TT's Recommendation of the Modified Plan filed on February 15, 2024 | 0.1 | $350.00 | $35.00 |
| 2/15/2024 | JJG | Attorney Geisel emailed the Modified Plan to the Clients along with information about their payments | 0.1 | $350.00 | $35.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/29/2024 | JJG | Attorney Geisel reviewed an email, and attached letter, from the TT's Office requesting the Clients' 2023 tax returns | 0.1 | $350.00 | $35.00 |
| 3/8/2024 | JJG | Attorney Geisel reviewed the Order Confirming Plan | 0.1 | $350.00 | $35.00 |
| 4/9/2024 | JJG | Attorney Geisel reviewed the NMPC filed by Chase Bank | 0.2 | $350.00 | $70.00 |
| 4/10/2024 | TPH | Assistant emailed the NMPC to the Clients to review | 0.2 | $150.00 | NO CHARGE |
| 4/29/2024 | JJG | Attorney Geisel reviewed an email from the Client regarding mechanical issues with the Nissan Armada | 0.1 | $350.00 | $35.00 |
| 4/29/2024 | JJG | Attorney Geisel reviewed the remaining balance still owed to Americredit on the Nissan Armada given the contractual interest rate | 0.2 | $350.00 | $70.00 |
| 4/29/2024 | JJG | Attorney Geisel exchanged emails with the Clients regarding replacement of that vehicle, and options | 0.2 | $350.00 | $70.00 |
| 6/4/2024 | JJG | Attorney Geisel reviewed the TT's Motion to Dismiss for failure to provide tax returns | 0.2 | $350.00 | $70.00 |
| 6/6/2024 | JJG | Attorney Geisel received an email from the Clients regarding the Motion to Dismiss and their tax returns | 0.1 | $350.00 | $35.00 |
| 6/11/2024 | JJG | Attorney Geisel exchanged emails with the Client regarding the 2023 tax returns | 0.1 | $350.00 | $35.00 |
| 6/18/2024 | JJG | Attorney Geisel reviewed the withdrawal of the TT's Motion | 0.1 | $350.00 | NO CHARGE |
| 6/18/2024 | JJG | Attorney Geisel emailed the Clients to confirm the TT's Motion was withdrawn | 0.1 | $350.00 | $35.00 |
| 12/19/2024 | JJG | Attorney Geisel reviewed and responded to an email from the Clients regarding a possible suspension in payments | 0.2 | $350.00 | $70.00 |
| 12/20/2024 | JJG | Attorney Geisel reviewed payments and plan feasibility in light of the request to suspend payments | 0.3 | $350.00 | $105.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/20/2024 | JJG | Attorney Geisel tried calling the Clients to discuss the payment suspension; left voicemail | 0.1 | $350.00 | $35.00 |
| 12/20/2024 | JJG | Attorney Geisel had a phone call with the Clients to discuss the payment suspension, payments, and remaining plan term | 0.3 | $350.00 | $105.00 |
| 12/27/2024 | JJG | Attorney Geisel prepared and filed a Motion to Suspend Payments | 0.5 | $350.00 | $175.00 |
| 12/27/2024 | JJG | Attorney Geisel emailed the Client with a copy of the Motion | 0.2 | $350.00 | $70.00 |
| 1/27/2025 | JJG | Attorney Geisel reviewed the file; emailed note to Assistant to prepare the Affidavit & Prop. Order to the Motion to Suspend | 0.1 | $350.00 | $35.00 |
| 1/27/2025 | KMG | Assistant prepared the draft Affidavit and Proposed Order | 0.4 | $150.00 | $60.00 |
| 1/27/2025 | JJG | Attorney Geisel reviewed the Affidavit & Prop. Order | 0.2 | $350.00 | NO CHARGE |
| 1/27/2025 | KMG | Assistant filed the Affidavit and Prop. Order with the Court | 0.2 | $150.00 | NO CHARGE |
| 1/27/2025 | JJG | Attorney Geisel reviewed the Court's Order Suspending Payments | 0.1 | $350.00 | $35.00 |
| 1/29/2025 | JJG | Attorney Geisel exchanged emails with the Clients regarding the payment suspension | 0.2 | $350.00 | $70.00 |
| 2/18/2025 | JJG | Attorney Geisel reviewed the file; emailed Assistant to call the Clients and schedule a phone appointment to review for filing amendments | 0.1 | $350.00 | $35.00 |
| 2/18/2025 | KMG | Assistant called the Clients and scheduled a call with Attorney Geisel | 0.1 | $150.00 | NO CHARGE |
| 2/21/2025 | JJG | Attorney Geisel reviewed the file and payments in advance of the call with the Clients | 0.2 | $350.00 | $70.00 |
| 2/21/2025 | JJG | Attorney Geisel had a phone call with the Clients to review payments, and discuss their current finances | 0.4 | $350.00 | $140.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/24/2025 | JJG | Attorney Geisel exchanged emails with the Clients regarding additional documentation needed to review and update their budget | 0.2 | $350.00 | $70.00 |
| 2/26/2025 | JJG | Attorney Geisel had a phone call with the Clients to update their budget and discuss payments | 0.5 | $350.00 | $175.00 |
| 2/26/2025 | JJG | Attorney Geisel reviewed an email from the Client with additional pay documentation | 0.1 | $350.00 | $35.00 |
| 2/28/2025 | JJG | Attorney Geisel emailed the TT's Office to provide an update on forthcoming amendments | 0.1 | $350.00 | $35.00 |
| 3/5/2025 | JJG | Attorney Geisel exchanged emails with the Clients regarding updated income and expense information | 0.1 | $350.00 | $35.00 |
| 3/6/2025 | JJG | Attorney Geisel reviewed the case, plan feasibility, and updated the Clients' Schedule I prior to the call with the Clients | 0.5 | $350.00 | $175.00 |
| 3/7/2025 | JJG | Attorney Geisel had a phone call with the Clients to finalize their budget, and discuss payments and their plan | 0.3 | $350.00 | $105.00 |
| 3/18/2025 | JJG | Attorney Geisel exchanged emails with the TT's Office to provide an update on the forthcoming amendments | 0.1 | $350.00 | $35.00 |
| 3/23/2025 | JJG | Attorney Geisel prepared the Modified Plan | 0.6 | $350.00 | $210.00 |
| 3/23/2025 | JJG | Attorney Geisel prepared Supplemental Fee Accounting. | 1.2 | $350.00 | NO CHARGE |
| 3/23/2025 | JJG | Attorney Geisel prepared Supplemental Fee Application. | 0.5 | $350.00 | NO CHARGE |
| | | Total Fees: | 35.20 | | $9,700.00 |
| | | Total Payments & Credits: | | | -$4,500.00 |
| | | Courtesy Discount | | | -$1,365.00 |
| | | Balance Due: | | | $3,835.00 |