# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **In Re: Heidi and Randy Hurley,** | **Chapter 13** |
| **Debtors.** | **Case No. 22-10782-CJF** |

### NOTICE OF APPLICATION FOR COMPENSATION OF ATTORNEY'S FEES.

PLEASE TAKE NOTICE that Attorney Chad L. Schomburg, Debtors' Counsel of Record, has filed an Application for Compensation and Reimbursement for Attorney's Fees and Costs ("Application") in the total amount of $9,700.00, representing $9,700.00 in attorney fees from case inception through March 24, 2025. If you have an objection/response to the Application, you are required to file that objection/response within twenty-one (21) days of the date of this notice. Your objection/response should be filed with:

U. S. Courthouse - Clerk of Bankruptcy Court
120 North Henry Street
Room 340
Madison, WI 53703-2559

You must also mail a copy of your objection/response to:

Debt Advisors, SC
2600 N. Mayfair Rd., Suite #700
Milwaukee, WI 53226

If you do not file a timely objection/response, the Court may sign the order approving the Application.

PLEASE TAKE FURTHER NOTICE that a hearing will be scheduled on any timely objection/response. Notice of hearing will be provided to the objecting party and any other interested parties.

Dated:  March 24, 2025.

/s/Chad L. Schomburg
Chad L. Schomburg, #1036431

Debt Advisors, S.C.
2600 N. Mayfair Rd. Suite 700
Milwaukee, WI 53226
Phone: 414-755-2400
Fax: 414-257-0172

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **In Re: Heidi and Randy Hurley,** | **Chapter 13** |
| **Debtors.** | **Case No. 22-10782-CJF** |

## CERTIFICATE OF MAILING

The undersigned, an Attorney, does hereby certify that a copy of the Notice of Application for Compensation, along with a copy of the Application for Compensation, were both electronically served or mailed on the date listed below to:

1. United States Trustee's Office, via ECF.

2. Trustee Mark Harring, Chapter 13 Trustee, via ECF.

3. All creditors (see attached matrix).

4. Debtor, 1110 North Division Street, Waunakee, WI 53597.

Dated: March 24, 2025 at Milwaukee, Wisconsin.

/s/Chad L. Schomburg
Chad L. Schomburg, #1036431

Debt Advisors, S.C.
2600 N. Mayfair Rd. Suite 700
Milwaukee, WI 53226
Phone: 414-755-2400
Fax: 414-257-0172