| | | |
|---|---|---|
| Label Matrix for local noticing<br>0758-3<br>Case 3-22-10782-cjf<br>Western District of Wisconsin www.wiwb.uscour<br>Madison<br>Sun Mar 23 06:19:08 CDT 2025 | Michael Acevedo<br>c/o Cummisford Acevedo & Associates LLC<br>6260 S. Lake Dr<br>Ste 1000<br>Cudahy, WI 53110-3234 | AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 |
| AmeriCredit/GM Financial<br>Attn: Bankruptcy<br>Po Box 183853<br>Arlington, TX 76096-3853 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | (p)AMERICOLLECT INC<br>PO BOX 2080<br>MANITOWOC WI 54221-2080 |
| Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 |
| Capital One<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Cbna<br>Attn: Centralized Bankruptcy<br>Po Box 790034<br>St. Louis, MO 63179-0034 | Chase Auto Finance<br>Attn: Bankruptcy<br>Po Box 901076<br>Fort Worth, TX 76101-2076 |
| Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850-5298 | Chase Mortgage<br>Chase Records Center/Attn: Correspondenc<br>Mail Code LA4 5555  700 Kansas Ln<br>Monroe, LA 71203 | Citibank<br>Attn: Bankruptcy<br>P.O. Box 790034<br>St Louis, MO 63179-0034 |
| Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | Department of Workforce Development<br>PO Box 7888<br>Division of Unemployment Insurance<br>Madison, WI 53707-7888 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | Dobberstein Law Firm<br>225 S Executive Dr<br>Suite 201<br>Brookfield, WI 53005-4257 | Michael Georg<br>Debt Advisors Law Offices<br>2600 N. Mayfair Rd., Suite 700<br>Milwaukee, WI 53226-1314 |
| Group Health Cooperative<br>South Central Wisconsin<br>PO Box 44971<br>Madison, WI 53744-4971 | (p)MARK HARRING<br>ATTN STANDING TRUSTEE<br>122 WEST WASHINGTON AVENUE SUITE 500<br>MADISON WI 53703-2758 | Heuer Law Offices, S.C.<br>9312 W. National Ave.<br>Milwaukee, WI 53227-1542 |
| Heidi Hurley<br>1110 N. Divison St<br>Waunakee, WI 53597-3109 | Randy Hurley<br>1110 N. Divison St<br>Waunakee, WI 53597-3109 | IRS - Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>P.O Box 29505 AZ1-5757<br>Phoenix, AZ 85038-9505 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |

| | | |
|---|---|---|
| JPMorgan Chase Bank, National Association<br>Cummisford, Acevedo & Associates, LLC<br>7071 S. 13th Street, Ste. 100<br>Oak Creek, WI 53154-1466 | JPMorgan Chase Bank, National Association<br>Attn: Correspondence Mail<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203-4774 | Kohn Law Firm, S.C.<br>735 N. Water St. Suite 1300<br>Milwaukee, WI 53202-4106 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Messerli & Kramer PA<br>3033 Campus Drive #250<br>Minneapolis, MN 55441-2685 | Rausch, Sturm, Israel, Enerson & Hornik<br>250 N. Sunny Slope Rd.<br>Ste. 300<br>Brookfield, WI 53005-4800 |
| Chad L. Schomburg<br>Debt Advisors, S.C.<br>2600 North Mayfair Road, Suite 700<br>Milwaukee, WI 53226-1314 | Secretary of Treasury<br>Treasury Department<br>1500 Pennsylvania Avenue N.W.<br>Washington, DC 20220-0001 | Securities and Exchange Commission<br>175 West Jackson Boulevard<br>Suite 900<br>Chicago, IL 60604-2908 |
| Special Procedures Unit<br>Wisconsin Department of Revenue<br>PO Box 8901<br>Madison, WI 53708-8901 | (p)STATE COLLECTION SERVICE INC<br>2509 S STOUGHTON RD<br>MADISON WI 53716-3314 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Target<br>Po Box 673<br>Minneapolis, MN 55440-0673 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | U.S. Trustee's Office<br>780 Regent Street, Suite 304<br>Madison, WI 53715-1233 |
| US Bank/RMS<br>Attn: Bankruptcy<br>Po Box 5229<br>Cincinnati, OH 45201-5229 | UW Health<br>600 N. Highland Ave<br>Madison, WI 53792-0001 | Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americollect<br>1851 S. Alverno Rd.<br>P.O. 1566<br>Manitowoc, WI 54221-1566 | Mark Harring<br>122 West Washington Ave.<br>Suite 500<br>Madison, WI 53703-2578 | Internal Revenue Service<br>Department of the Treasury<br>Centralized Insolvency Operation<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| State Collection Service<br>2509 S Stoughton Rd<br>Madison, WI 53716 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | (d)US Bank<br>Attn: Bankruptcy<br>Po Box 5229<br>Cincinnati, OH 45201 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)AmeriCredit Financial Services, Inc. dba G
P O Box 183853
Arlington, TX 76096-3853

End of Label Matrix
Mailable recipients    47
Bypassed recipients     1
Total                  48